**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| COLLEEN VENTURA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  3:10-cv-321 |
| vs. | ) | |
| | ) | |
| UNITED RECOVERY SYSTEMS, LP, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now come the Plaintiff, COLLEEN VENTURA, and the Defendant, UNITED RECOVERY SYSTEMS, LP, and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

| | |
|---|---|
| /s/ David B. Levin | /s/ Thomas L. Rosenberg |
| David B. Levin (0059340) | Thomas L. Rosenberg (0024898) |
| Mitchel E. Luxenburg (0071239) | Attorney for Defendant |
| Attorneys for Plaintiff | Roetzel & Andress, LPA |
| Luxenburg & Levin, LLC | PNC Plaza |
| 23875 Commerce Park | Twelfth Floor |
| Suite 105 | 155 East Broad Street |
| Beachwood, OH 44122 | Columbus, Ohio 43215 |
| (888) 493-0770, ext. 302 (phone) | (614) 463-9770 (phone) |
| (866) 551-7791 (facsimile) | (614) 463-9792 (facsimile) |
| david@luxenburglevin.com | trosenberg@ralaw.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ David B. Levin
      David B. Levin (0059340)
      Mitchel E. Luxenburg (0071239)
      Attorneys for Plaintiff
      Luxenburg & Levin, LLC
      23875 Commerce Park
      Suite 105
      Beachwood, OH 44122
      (888) 493-0770, ext. 302 (phone)
      (866) 551-7791 (facsimile)
      david@luxenburglevin.com